# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

AFSHIN BAHRAMPOUR,

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

Case No. 2:16–cv–985–GMN–VCF

**ORDER**

      In May 2016, Bahrampour initiated this action by filing an application to proceed *in forma pauperis* and a complaint.  (ECF No. 1)  This court granted Bahrampour's application, but recommended that his complaint be dismissed.  (ECF No. 2)  This court also ordered Bahrampour to show cause why he should not be declared a vexatious litigant.  (*Id.*)  Bahrampour objected to this court's recommendation that his action be dismissed.  (ECF No. 3)  That recommendation is still pending before the district judge.  (ECF No. 2)

      On June 6, 2016, this court held a show cause hearing.  (ECF No. 4)  Bahrampour did not appear at this hearing nor did he file a written response.  (ECF No. 5)  This court recommended that Bahrampour be deemed a vexatious litigant.  (*Id.*)  This recommendation is also pending before the district judge.

      Before the court are the following motions:

          1) Motion seeking certification (ECF No. 21);

          2) Motion seeking certification as class action (ECF No. 23);

      Given the nature of the two pending recommendations, Bahrampour's motions are denied.

      ACCORDINGLY, and for good cause shown,

1  IT IS HEREBY ORDERED that the following motions are DENIED:

2      1) Motion seeking certification (ECF No. 21);

3      2) Motion seeking certification as a class action (ECF No. 23);

4  IT IS SO ORDERED.

5  DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE