# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AFSHIN BAHRAMPOUR,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID TYSON,<br><br>               Defendants. | 2:16-cv-00985-GMN-VCF<br>**ORDER** |

On April 14, 2017, Clerk's Judgment was entered in this matter. (ECF No. 57).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Injunct GPS III to DOD and NASA (ECF NO. 58) is STRICKEN.

DATED this 26th day of April, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE